UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE E. LOPEZ, on behalf of himself and all others similarly situated, and ROBERT BOECKMANN, individually,<br><br>  Plaintiffs,<br><br>-against-<br><br>ZORN LANDSCAPING, INC., and PAUL J. ZORN, an individual,<br><br>  Defendants. | Civ Action No.: 12-cv-5479 (ADS) (ETB)<br><br>**DEFENDANTS' FRCP 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants certifies that Defendant, Zorn Landscaping, Inc., has no corporate parents and no publicly held corporation owns 10% or more of its stock.

Dated: January 22, 2013
        Melville, New York

/s Justin R. Marino
_____
Justin R. Marino (jmarino@littler.com)
LITTLER MENDELSON, P.C.
290 Broadhollow Road
Suite 305
Melville, NY  11747
631.247.4720

*Attorneys for Defendants*
  Zorn Landscaping, Inc., and
  Paul J. Zorn

Firmwide:117712153.1 070036.1002